UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JHONATAN D. ANGUISACA,

    Plaintiff,

v.                                 Case No: 8:24-cv-832-CEH-LSG

RIPTIDE REMODELING LLC and
JOSEPH A. DICOSTANZO,
individually,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Lindsay S. Griffin on May 5, 2025 (Doc. 15). In the Report and Recommendation, Magistrate Judge Griffin recommends dismissing this case for failure to prosecute and to comply with the Court's order requiring proof of service. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) This case is dismissed for failure to prosecute and to comply with the Court's order requiring proof of service.

(3) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on May 21, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Lindsay S. Griffin
Counsel of Record